1992R01485

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 92-172 |
| EDGAR MARTINEZ | : | <u>ORDER FOR DISMISSAL</u> |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 92-172, against defendant Edgar Martinez, which Indictment was filed on March 17, 1992, charging the defendant with a violation of Title 21, United States Code, Section 846, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

This dismissal is without prejudice.

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal. 8/11/08

*[signature]*
HON.
United States District Judge
Dennis M. Cavanaugh
U.S. District Judge